Sharp
*ads.*
Sharp.

In *scire fa-
cias*, notice of
the rule to
plead is not ne-
cessary. The
plea that the
parol demur is
bad, and may
be treated as a
nullity.

PETER SHARP and others, infants, by H. SHARP, their
guardian, *ads.* JANE SHARP.

THIS is a *scire facias* against the defendants, as the heirs
and terre-tenants of John Sharp, their father, on a judgment
against him. The defendants are minors within the age of
twenty-one. On the 25th February their appearance was
entered by H. Sharp, their guardian *ad litem.* On the 5th
March, the plaintiff declared, enterd a rule that the defend-
ants plead within twenty days after entry of the rule, and
served a copy of the declaration on the acting attorney of the
defendants, unaccompanied with a notice of the rule to plead.
On the 8th March, separate pleas of infancy, verified by affi-
davit, praying that the parol may demur until full age, were
put in. After the lapse of twenty days from the day of the
service of the declaration, the default of the defendants was
entered as for the want of a plea. A motion was now made
to set aside the default as irregularly entered.

*A. S. Garr*, for defendants.

*G. W. Strong*, for plaintiff.

*By the Court.* By the fourth general rule of April term,
1796, the rule on a *scire facias* for a defendant to plead, is a
twenty day rule from the time of its entry; and notice of the
rule is not necessary to be served on the defendant. (1 *Caines*,
118.) The fact of an attorney having been employed by the
guardian to conduct the defence, does not vary the practice,
which must be governed by the general rule. The plaintiff
was therefore regular in his practice in this respect. He was
also regular in entering the default, notwithstanding the pleas.
The plea that the parol may demur is taken away by statute.
(1 *R. L.* 318.) The pleas put in, therefore, were palpably
bad, and the plaintiff was at liberty to treat them as nullities,
and to sign judgment as for the want of a plea. (3 *Johns. R.*
541.) There being an affidavit of merits, the default is set
aside on payment of costs.